United States District Court
Southern District of Texas

**ENTERED**

December 17, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IRENE BECERRA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-1924 |
| | § | |
| TOSHIBA INTERNATIONAL | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and
Recommendation dated December 2, 2021 and no objections having been
filed thereto, the Court is of the opinion that said Memorandum and
Recommendation should be adopted by this Court.

It is therefore ORDERED that the Magistrate Judge's
Memorandum and Order (ECF 17) is hereby ADOPTED by the Court and
Plaintiff's claims are dismissed without prejudice.

**SIGNED** at Houston, Texas, on this **17th** day of December, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE