Case 4:21-cv-01924 Document 19 Filed on 12/17/21 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 17, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IRENE BECERRA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-1924 |
| | § | |
| TOSHIBA INTERNATIONAL CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Order of Adoption of the Magitrate Judge's Memorandum and Recommendation, this action is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this _17th_ day of December, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE